FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CASAROTTI, | CASE NO. CV 08-06966 RGK (Ex) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JOHN C. MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting in Part Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: MAY 13 2009

_R. GARY KLAUSNER_
**UNITED STATES DISTRICT JUDGE**